IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.          No.  5:09CR50077-001

CARLOS GUZMAN-CABALLERO                                              DEFENDANT

**O R D E R**

At the arraignment conducted on the indictment, the defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 7th day of October, 2009.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE